STATE OF NEW JERSEY v. EARL STOCKER.

May 2, 1983.

This matter having been presented to the Court as a petition for certification, and the Court having determined that the matter is interlocutory in nature, the motion for leave to appeal is denied.

STATE OF NEW JERSEY v. MITCHELL COLLINS.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH TURPIN.

May 2, 1983.

Petition for certification denied.

IN THE MATTER OF DONALD BACKES.

May 2, 1983.

Petition for certification denied.